■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DUNCAN, Appellant. [863 NYS2d 386]—Judgment, Supreme Court, New York County (Michael Obus, J.), rendered on or about July 20, 2006, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Buckley, Moskowitz, Renwick and DeGrasse, JJ.